Decided March 17, 1994

GERTRUDE O. WEISS *v.* CITY OF STAMFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 33 Conn. App. 936 (AC 12314), is denied.

*Jack Zaremski* and *Jonathan M. Levine,* in support of the petition.

*James V. Minor,* assistant corporation counsel, in opposition.

Decided March 17, 1994